THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON F. TORRES HERNANDEZ

**Plaintiff(s)**

vs.

FAIRWAY ACQUISITIONS FUND, LLC.

**Civil No. 22-01289(ADC)**

**Defendant(s),**

# JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on April 24, 2023.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly. The case is **HEREBY DISMISSED** with prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 24th day of April, 2023.

ADA I. GARCIA, ESQ.
Clerk of the Court

 s/ *Sulma López-Defilló*
Sulma López-Defilló
Deputy Clerk